## June 10, 1997

| | | |
|---|---|---|
| 17550 | Lawai Development Co. v. Big Save, Inc. | Affirmed and Remanded |

## June 16, 1997

| | | |
|---|---|---|
| 19676 | GBR, Inc. v. Kihei Plaza Partners | Affirmed |
| 17700 | Hirakawa v. Gentry Development Co. | Affirmed |
| 18990 | Lance v. Kahue; City and County of Honolulu v. Kahue | Affirmed |
| 18543 | Yomes v. Ward | Affirmed |